No. 862. BRAVERMAN *v.* TERRILL BOND & MORTGAGE Co. ET AL. Motion submitted March 28, 1934. Decided April 2, 1934. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Meyer Abrams* for appellant. *Mr. Emmet F. Byrne* for appellees.

No. 89. LIFE & CASUALTY INSURANCE CO. OF TENNESSEE *v.* McCRAY. April 2, 1934. Petition for rehearing denied. See 291 U.S. 566.

No. 509. LIFE & CASUALTY INSURANCE CO. OF TENNESSEE *v.* BAREFIELD. April 2, 1934. Petition for rehearing denied. See 291 U.S. 575.

No. 128. TEXAS & PACIFIC RY. CO. *v.* POTTORFF, RECEIVER. April 2, 1934. Petition for rehearing denied. See 291 U.S. 245.